1  McGREGOR W. SCOTT
   United States Attorney
2  SHEILA K. OBERTO
   Assistant U.S. Attorney
3  4000 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

6

          IN THE UNITED STATES DISTRICT COURT FOR THE
7
                  EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,        )     1:03-mj-02329
                                    )
10               Plaintiff,         )
                                    )     MOTION AND ORDER FOR DISMISSAL
11      v.                          )     OF COMPLAINT
                                    )
12  ANSELMO MORALES AMBRIZ          )
                                    )
13               Defendant.         )
   _____)
14

15

        Pursuant to Rule 48(a) of the Federal Rules of Criminal
16
   Procedure, the United States Attorney's Office hereby moves to
17
   dismiss the Complaint for Unlawful Flight to Avoid Prosecution
18
   herein against, in that defendant has been apprehended.
19
   DATED: April 11, 2006                 Respectfully submitted,
20
                                         McGREGOR W. SCOTT
21                                       United States Attorney

22                                       By
                                          /S/SHEILA K. OBERTO
23                                       Assistant U.S. Attorney
                                         Deputy Chief, Fresno Office
24
        IT IS HEREBY ORDERED that the Complaint in the above-entitled
25 case be dismissed and that the warrant issued be recalled.

26

27 IT IS SO ORDERED.

28 **Dated:   April 12, 2006**              **/s/ Sandra M. Snyder**

                                  1

1  icido3                                    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28